2

From: The District Court of the Eighth Judicial District, County of Cascade, STATE OF MONTANA, Plaintiff vs. YVETTE M. OWENS, Defendant.

## DECISION

No. CDC-86-003

The application of the above-named defendant for a review of the sentence of 5 years for Deceptive Practice imposed on August 6, 1986, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall remain the same as originally imposed.

We wish to thank Steve Hagerman, Deputy County Attorney from Cascade County for appearing before the Sentence Review Board on behalf of the State of Montana.

We wish to thank Pete Carroll of the Montana Defender Project for his assistance to the Defendant and to this Court.

DATED this 2nd day of April, 1987.

## SENTENCE REVIEW DIVISION

Frank M. Davis, Chairman, Thomas Honzel, Douglas Harkin, Judges.

From: The District Court of the Fifteenth Judicial District, County of Roosevelt, STATE OF MONTANA, Plaintiff vs. ARROW WEINBERGER, Defendant.

## DECISION

No. 1035-C

The application of the above-named defendant for a review of the sentence of 70 years for Deliberate Homicide plus 10 years for the use of a weapon to be served consecutively imposed on April 8, 1982, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall remain the same as originally imposed.

While the Court was impressed with Defendant's graphic presentation, it was inadmissible under the Commission Rules. The presentation consisted of evidence and argument already considered by the jury and the sentencing judge.

We wish to thank J.C. Weingartner, Attorney at Law, from Helena, for his assistance to the Defendant and to this Court.

DATED this 2nd day of April, 1987.

## SENTENCE REVIEW DIVISION

Frank M. Davis, Chairman, Thomas Honzel, Douglas Harkin, Judges.